E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-1037 GHK (PLAx) | Date | December 13, 2011 |
|---|---|---|---|
| Title | NETDRAGON WEBSOF, INC.  vs.  PETER TOFT, et al | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**        ( IN CHAMBERS)  ORDER

      The court notes that default has been entered on December 8, 2011, as to **all** defendants in the above-entitled action.  Plaintiff is *ordered* to filed within **FOURTEEN (14) DAYS** hereof, a duly noticed motion for default judgment, with evidentiary documentation in support of  and notice it for hearing in accordance with the Local Rules.  Failure of the plaintiff to file such motion as required herein, shall be deemed plaintiff's abandonment of the above action.  In that event, defaults will be STRICKEN and the case will be dismissed for plaintiff's failure to diligently prosecute and for failure to comply with the Court's order.

    **IT IS SO ORDERED**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |