**FILED: 05-18-2012**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Netdragon Websoft, Inc.*, | CASE NO. CV 11-1037-GHK (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Peter Toft, et al.*, | |
| Defendants. | |

Pursuant to the Court's April 24, 2012 and May 17, 2012 Orders, IT IS HEREBY ADJUDGED that:

1) Plaintiff Netdragon Websoft, Inc.'s ("Plaintiff") **SHALL** have judgment against Defendants Peter Toft, Scott Hall, John Riddle, and Drew Kopp ("Defendants"), jointly and severally, in the total sum of $17,322,650.55, with interest on this principal amount according to the statutory rate pursuant to 28 U.S.C. § 1961(a).

2) The principal sum of $17,322,650.55 consists of: $17,216,600 in statutory damages, $70,072.25 in disgorgement, $33,500.00 in attorney's fees, and $2,478.30 in costs.

3) Defendants are hereby restrained and enjoined from:

    (a) infringing Plaintiff's copyright in "Conquer Online";

    (b) copying, selling, offering to sell, distributing, or creating derivative

works of Conquer Online without authorization from Plaintiff;

(c) inducing, aiding, assisting, abetting, or encouraging any other person or entity to infringe Plaintiff's copyright in Conquer Online;

(d) circumventing any technological measure that effectively controls access to Conquer Online;

(e) manufacturing, importing, offering to the public, providing, or otherwise trafficking in any technology, product, service, device, component, or part thereof that is primarily designed or produced for the purpose of circumventing a technological measure that effectively controls access to Conquer Online.

4) Plaintiff **SHALL** serve this Judgment on Defendants prior to its execution.

5) The Court **SHALL** retain jurisdiction over this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

**IT IS SO ORDERED**.

DATED: May 17, 2012

_____
GEORGE H. KING
United States District Judge